# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1323
_____

SUJITTAR SINGH,

Appellant,

v.

K 123 LLC and ASCENDANT
CLAIMS SERVICES, LLC,

Appellees.

_____


On appeal from the Office of the Judges of Compensation Claims.
Frank J. Clark, Judge.

Date of Accident: July 31, 2022.


March 13, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Bram J. Gechtman of Law Offices of Bram J. Gechtman, PA, Miami, and Jason Weisenberg, North Miami Beach, for Appellant.

Kimberly J. Fernandes of Kelley Kronenberg, P.A., Tallahassee, for Appellees.